# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Internet Media Interactive Corp.

                         Plaintiff,

v.                                       Case No.: 1:16–cv–08814

                                                Honorable Edmond E. Chang

W. W. Grainger, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 14, 2016:

        MINUTE entry before the Honorable Edmond E. Chang: The joint stay motion [14] is granted in light of the settlement in principle. Deadlines are suspended for 30 days. The status hearing of 11/17/2016 is reset to 12/22/2016 at 9:30 a.m., with the expectation that the stipulated dismissal is filed before that date. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.